**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raymond Benjamin HOLT, Jr., a.k.a.
Rbholtjr, Defendant–Appellant.**

**No. 08–12618
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 28, 2009.

Raymond Benjamin Holt, Jr., Miami, FL, pro se.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and HULL, Circuit Judges.

PER CURIAM:

William E. Folsom, appointed counsel for Raymond Benjamin Holt, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Holt's conviction and sentence are **AFFIRMED**.